THE POLICE JURY OF THE PARISH OF ST. LANDRY *v.* RENE FONTAINE and others.

Plaintiffs, alleging that a servitude exists on the lands of the defendants, by the terms of the original grant under which they hold, by which the owners are bound to construct and keep in repair forever a certain bridge and road, obtained a judgment, declaring the servitude to exist, and ordering the defendants to keep the bridge and road at all times in repair. There was no allegation in the petition or answer, as to the value of the servitude : nor were any damages claimed or proved. On an appeal by defendants : *Held,* that there being nothing to show that the court has jurisdiction, the appeal must be dismissed.

APPEAL from the District Court of St. Landry, *King*, J.

*T. H. Lewis*, for the plaintiffs.

*Voorhies*, for the appellants.

GARLAND, J. The plaintiffs allege that the defendants are the owners of a tract of land, on which a servitude exists, by the terms of the grant, to keep up a certain road and bridge forever. It is said that the obligation has not been performed, and the prayer is for a specific performance. The answer denies the existence of the servitude, and further says that if it ever existed, it has been released or discharged. The evidence shows that, during the pendency of the suit, the defendants constructed the bridge and repaired the road, yet there was a judgment ordering them to do both, and to keep them forever after in repair. From this decree they have appealed.

There is no allegation in the petition or answer as to the value of the servitude claimed. No damages are alleged, nor proved. In fact, there is no pecuniary demand of any kind; and we have no information as to the value of the matter in dispute. The appeal bond is only for the sum of one hundred and fifty dollars. There is nothing to show that this court has any jurisdiction, and the appeal must be dismissed.

*Appeal dismissed.*